In the Matter of the Application of Herman Hueg, Respondent, for a Peremptory Writ of Mandamus Directed to Archibald R. Watson, as Corporation Counsel of the City of New York, Appellant, Commanding and Enjoining Him to Institute Proceedings to Ascertain the Compensation Due the Said Herman Hueg, under Chapter 1006 of the Laws of 1895, by Reason of the Closing and Discontinuance of Thomson Avenue, in the Borough of Queens, City of New York.— Order affirmed, with fifty dollars costs and disbursements. No opinion. Burr, Thomas, Carr and Woodward, JJ., concurred; Jenks, P. J., taking no part.